# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, and ST. CHRISTOPHER'S HEALTHCARE, LLC,<br><br>    Plaintiffs,<br>v.<br><br>SOLID WASTE SERVICES INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) Adv. Proc. No. 21-50908 (MFW)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO EXTEND DEADLINE FOR RESPONSE TO COMPLAINT

AND NOW, to wit, this 30th day of August, 2021, it is hereby stipulated by and between Plaintiffs and Defendant, in the above-captioned matter, that, subject to approval by this Honorable Court, Defendant may answer, move, or otherwise respond to the Complaint in this matter, by (and including) Monday, September 13, 2021.

| **SAUL EWING ARNSTEIN & LEHR LLP** | **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN** |
|---|---|
| */s/ John D. Demmy*<br>John D. Demmy (DE Bar #2802)<br>Mark Minuti (DE Bar #2659)<br>Monique B. DiSabatino (DE Bar #6027)<br>1201 N. Market Street, Suite 2300<br>Wilmington, DE 19899<br>(302) 421-6813<br>mark.minuti@saul.com<br>john.demmy@saul.com<br>Monique.disabatino@saul.com<br>*Counsel for Plaintiffs* | */s/Aaron E. Moore*<br>Aaron E. Moore  (6739)<br>1007 N. Orange Street, Ste. 600<br>Wilmington, Delaware 19801<br>(302) 552-4354<br>aemoore@mdwcg.com<br>*Counsel for Defendant* |

Dated:  August 30, 2021

        **SO ORDERED**, this _____ day of _____, 2021

_____
THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE